```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE LEWIS,

                Plaintiff,

-against-

LAZ PARKING, LTD., LLC, et al.,

                Defendants.

25-CV-02341 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    This action was brought by Plaintiff under the Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332. On July 29, 2025, Defendants moved to dismiss the complaint. *See* Dkt. No. 22.

    Under Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Laz Parking, Ltd., LLC is required to file a disclosure statement, identifying all of its members and the citizenship of those members, in order to enable the Court to assess whether there is complete diversity to support its subject-matter jurisdiction under 28 U.S.C. § 1332. *See* Fed. R. Civ. P. 7.1. Under the Court's Individual Rules & Practices, Defendants must serve a paper copy of their motion and the notice required under Local Civil Rule 12.1 on Plaintiff and file with the Court a separate Affidavit of Service, and *pro se* litigants, such as Plaintiff, are afforded more time to respond to a motion to dismiss. *See* Individual Rules III(C)(2) & (E).

    Accordingly, it is hereby ORDERED that Defendants shall (i) promptly serve their motion and the notice required under Local Civil Rule 12.1, and (ii) file proof of service and their disclosure statement, no later than **August 4, 2025**.

    It is further ORDERED that Plaintiff may either (i) file an opposition to the motion to dismiss or (ii) file an amended complaint, no later than **September 5, 2025**. Defendants' reply or response to an amended complaint, in accordance with Individual Rule III(E)(3), shall be due no later than **September 19, 2025**. Should Defendants either rely on their prior motion to dismiss or file a new or supplemental motion to dismiss, the Court shall set a further briefing schedule at that time.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff's address of record.

Dated: July 30, 2025
       New York, New York

                              SO ORDERED.

                              _____
                              MARGARET M. GARNETT
                              United States District Judge